# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY SMITH

NO. 2021 KW 0410

**JUNE 28, 2021**

---

In Re: Donald Ray Smith, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-08-0322.

---

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**APPLICATION FOR REHEARING GRANTED** for the sole purpose of ordering the district court to rule on relator's motion for production of documents filed on November 12, 2020, under docket number 02-08-0322, if it has not already done so.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT